# EXHIBIT A

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. #12M0327.02 | ☒ IDHR ☐ EEOC | 2013CF031 |

## Illinois Department of Human Rights and EEOC

| NAME OF COMPLAINANT (indicate Mr. Ms. Mrs.) | | TELEPHONE NUMBER (include area co) | |
|---|---|---|---|
| Mr. Edward A. Richards | | (773) 879-0355 | |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | | DATE OF BIRTH |
| 6533 N. Onarga Avenue | Chicago, IL 60631 | | M  D  YEAR |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME OF RESPONDENT | NUMBER OF EMPLOYEES, MEMBERS 15+ | TELEPHONE NUMBER (include area co) |
|---|---|---|
| City of Chicago Police Department | | (312) 745-6100 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
| 3510 S. Michigan Avenue | Chicago, IL 60653 | Cook |

| CAUSE OF DISCRIMINATION BASED ON: | DATE OF DISCRIMINATION EARLIEST (ADEA/EPA) LATEST (ALL) |
|---|---|
| Retaliation | 03/23/2012 ☐ CONTINUING ACTION |

THE PARTICULARS OF THE CHARGE ARE AS FOLLOWS:

I.  A.  **ISSUE/BASIS**

UNEQUAL JOB ASSIGNMENTS -- MARCH 23, 2012, IN RETALIATION FOR FILING A PREVIOUS CHARGE OF DISCRIMINATION.

B.  **PRIMA FACIE ALLEGATIONS**

1. On October 12, 2010, I engaged in a protected activity when I filed charge number 2011CF2898 with the Department of Human Rights.

Page 1 of 2

---

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

SUBSCRIBED AND SWORN TO BEFORE ME

THIS 23rd DAY OF July, 2012.

NOTARY SIGNATURE

OFFICIAL SEAL
ROBERT M PARR
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/29/15
NOTARY STAMP

X _____ Edward A. Richards 7/23/12
SIGNATURE OF COMPLAINANT    DATE

I declare under penalty that the foregoing is true and correct. I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

EEO-5 FORM (Rev. 1/12-INT)


2. On March 23, 2012, Corwin Calhoun (age unknown), Captain, assigned me to parking enforcement in the presence of my subordinates. Captain Calhoun did not provide a reason for the adverse action.

3. The adverse action followed the filing of my previous charge within such a period of time as to raise an inference of retaliatory motivation.

## II. A. ISSUE/BASIS

HARASSMENT – MARCH 23, 2012, IN RETALIATION FOR FILING A PREVIOUS CHARGE OF DISCRIMINATION.

### B. PRIMA FACIE ALLEGATIONS

1. On October 12, 2010, I engaged in a protected activity when I filed charge number 2011CF2898 with the Department of Human Rights.

2. On March 23, 2012, I was harassed by Corwin Calhoun, Captain, when he said in the presence of my subordinates that my duties will be done in a reasonable manner and assigned me to parking enforcement.

3. The adverse action followed the filing of my previous charge within such a period of time as to raise an inference of retaliatory motivation.

MEE/

Dept. of Human Rights
SWITCHBOARD

JUL 2 ● 2012

RECEIVED
By: BKH