# EXHIBIT G

## CHARGES

Lieutenant Edward Richards, Star Number 240, is charged with violating the following rules contained in Article V of the Rules and Regulations of the Chicago Police Department, which were in full force and effect on the date of the alleged violations:

Rule 2: Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department.

Rule 14: Making a false report, written or oral.

## SPECIFICATIONS

1. Lieutenant Edward Richards, Star Number 240, is charged with violating Rule 2, "Any action or conduct which impedes the Department's efforts to achieve its policy and goals or brings discredit upon the Department," in one or more of the following instances:

    Count I: On or about March 19, 2011, Lieutenant Richards signed and submitted a charge, in writing, under oath or affirmation to an Illinois state agency knowing that information contained therein was false, thereby impeding the Department's efforts to achieve its policy and goals or bringing discredit upon the Department.

    Count II: On or about November 28, 2012, while providing a statement to the Bureau of Internal Affairs, Lieutenant Richards falsely stated that a fact finding conference on or about October 26, 2011, was his first opportunity to correct statements in a charge he signed and submitted to an Illinois state agency on or about March 19, 2011, or words to that effect, thereby impeding the Department's efforts to achieve its policy and goals or bringing discredit upon the Department.

2. Lieutenant Edward Richards, Star Number 240, is charged with violating Rule 14, "Making a false report, written or oral," in one or more of the following instances:

    Count I: On or about March 19, 2011, Lieutenant Richards signed and submitted a charge, in writing, under oath or affirmation to an Illinois state agency knowing that information contained therein was false, thereby making a false report, written or oral.

    Count II: On or about November 28, 2012, while providing a statement to the Bureau of Internal Affairs, Lieutenant Richards falsely stated that a fact finding conference on or about October 26, 2011, was his first opportunity to correct statements in a charge he signed and submitted to an Illinois state agency on or about March 19, 2011,

or words to that effect, thereby making a false report, written or oral.

Based on the foregoing charges and specifications, the Superintendent recommends that Lieutenant Edward Richards, Star Number 240, be discharged from the Chicago Police Department.

_____
GARRY F. MCCARTHY
Superintendent of Police


APPROVED AS TO FORM

_____
KATHLEEN FLAHERTY
Senior Counsel

P.B. CASE #    FILED

14-2851  FEB 05 2014

CHICAGO POLICE BOARD



Rahm Emanuel
Mayor

**Department of Police • City of Chicago**
3510 South Michigan Avenue • Chicago, Illinois 60653

Garry F. McCarthy
Superintendent of Police

05 February 2014

Lieutenant Edward A. Richards
6533 North Onarga Avenue
Chicago, Illinois 60631

Dear Lieutenant Richards,

Attached hereto you will find your copy of the charges and specifications, a copy of the Chicago Police Board Rules of Procedure, Chicago Police Department, and an Appearance Form of the Chicago Police Board.

If you retain the services of legal counsel, the attached Appearance Form is for this use. We would appreciate having this form completed and returned to the Police Board Secretary as soon as possible.

Your attention is called specifically to Article I, Section J, of the Rules of Procedure on page 2. This rule requires no less than five days notice to the Secretary of the Police Board if you intend to request a continuance on the hearing date. This notice of intention should be submitted in writing at the earliest possible date, but not less than the specified five days.

Sincerely,

Joseph R. Skala
Department Advocate
Internal Affairs Division
(312) 745-6132

Send this notice to:

Police Board
City of Chicago
Suite 1220
30 North LaSalle
Chicago, Illinois 60602

# POLICE BOARD
# CITY OF CHICAGO

Chicago  05 February  20 14

To _Lieutenant Edward A. Richards_  Unit No. _002/166_

Address _6533 North Onarga Avenue, Chicago, Illinois 60631_

You are hereby notified that charges (copy of which is hereto attached) have been filed against you before the Police Board by the Superintendent of Police, under Chapter 65, Section 5/10-1-18.1 of the Illinois Compiled Statutes, and that the Police Board has ordered a status hearing be had on said charges in Room _1220, 30 North LaSalle Street_ on the _26th_ day of _February_ 20 _14_, at _10:00_ o'clock _A._ M., at which time and place you may appear and be heard in your defense, if you see fit.

If you fail to appear, either in person or through legal counsel, the Board's Rules of Procedure permit the Board to schedule, and hold a disciplinary hearing in your absence. The Office of the Police Board will make reasonable efforts to notify you of scheduled status and hearing dates. However, it is your responsibility to inform the Office of the Police Board, through certified mail, should your home address change from that listed above.

BY ORDER OF THE POLICE BOARD

_/s/ Max A. Caproni_
Secretary of Police Board

Received a copy of the above notice and within charges this _____ day of _____, 20 ____.

_____
Signature of Respondent

**STATE OF ILLINOIS**
**County of Cook**

_____, being duly sworn, on oath deposes and says that s/he served the above notice and the within charges on the above named _____ by leaving a copy thereof with the said _____ on the _____ day of _____, 20 ____.

_____
Signature of Server

Subscribed and sworn to before me,
this _____ day of _____, 20 ____.

P.B. CASE # FILED
14-2851 FEB 05 2014
CHICAGO P̶D̶

_____
NOTARY PUBLIC

CPD-44.512 (Rev. 11/11)        OVER

# DEPARTMENT OF POLICE

Chicago, 05 February 20 14

To the POLICE BOARD of the City of Chicago:

I hereby make the following charges against __Edward A. Richards__

Rank __Lieutenant__ Department of Police, Unit No. __002/166__, in the classified service of the City of Chicago, and request that the same be investigated by the Police Board, and that proper action be taken thereon, under Section 2-84-030 of the Municipal Code of the City of Chicago, Chapter 65, Section 5/10-1-18.1 of the Illinois Compiled Statutes, and the rules of the Board.

**CHARGES**

See attached.

CPD-44.512 (Rev. 11/11)