**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| EDWARD RICHARDS, | ) | |
| | ) | |
| Plaintiff | ) | Case No.: 14-CV-04347 |
| v. | ) | |
| | ) | Judge: Honorable Joan H. Lefkow |
| CITY OF CHICAGO, a municipal corporation, | ) | |
| | ) | Magistrate Judge: Susan E. Cox |
| Defendant. | ) | |

**AGREED MOTION TO DISMISS WITH PREJUDICE**

1. Plaintiff, EDWARD RICHARDS, and Defendant, CITY OF CHICAGO, have agreed to settle, adjust and compromise all claims in the above captioned action.

2. The parties, therefore, move this Court to dismiss all claims with prejudice to the refiling of same.

3. The parties further move the Court to order that all costs and expenses relating to this litigation shall be borne solely by the party incurring same.

/s/Jennifer W. Russell_____  
Jennifer W. Russell  
J. Russell Law LLC  
206 South Jefferson St., Suite 100  
Chicago, Illinois 60661  
Jennifer.Russell@jrusselllaw.com

/s/ Daniel W. Myerson_____  
Daniel W. Myerson  
Assistant Corporation Counsel  
Employment Litigation Division  
30 N. LaSalle, Suite 1020  
Chicago, IL 60602  
Daniel.Myerson@cityofchicago.org

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2017, a true and correct copy of the foregoing AGREED MOTION TO DISMISS WITH PREJUDICE was electronically filed with the Court via the CM/ECF system which sent notification of such filing to all counsel of record.

/s/Jennifer W. Russell_____
Jennifer W. Russell
J. Russell Law, LLC
206 South Jefferson St., Suite 100
Chicago, Illinois 60661
312-207-1220